No. 92–711.   MELAHN *v.* FLORIDA ET AL.   Sup. Ct. Fla.   Certiorari dismissed under this Court's Rule 46.1.

No. 92–713.   MOTORS INSURANCE CORP. ET AL. *v.* GALLAGHER, FLORIDA COMMISSIONER OF INSURANCE, ET AL.   Sup. Ct. Fla. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 15, 1993

No. 119, Orig.   CONNECTICUT ET AL. *v.* NEW HAMPSHIRE.   Report of the Special Master received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties. Such exceptions must be received by the Clerk and served upon opposing counsel on or before 3 p.m., March 1, 1993.   Reply briefs, if any, must be received by the Clerk and served upon opposing counsel on or before 3 p.m., March 31, 1993.   This Court's Rule 29 does not apply.   The case is set for oral argument during the session beginning April 19, 1993.   JUSTICE SOUTER took no part in the consideration or decision of this order.   [For earlier order herein, see, *e. g., ante,* p. 805.]

No. 92–6033.   MCNEIL *v.* UNITED STATES.   C. A. 7th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.   Brief of petitioner must be received by the Clerk and served upon opposing counsel on or before 3 p.m., March 1, 1993.   Brief of respondent must be received by the Clerk and served upon opposing counsel on or before 3 p.m., March 31, 1993.   A reply brief, if any, must be received by the Clerk and served upon opposing counsel on or before 3 p.m., April 12, 1993.   This Court's Rule 29 does not apply.   The case is set for oral argument during the session beginning April 19, 1993.